IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JAMES ALLEN ROBERTSON,**

Plaintiff,                                                                                   No. 3:15-cv-00591-MO

v.                                                                               OPINION AND ORDER

**COMMISSIONER OF SOCIAL SECURITY,**

Defendant.

**MOSMAN, J.**,

On July 15, 2015, this court issued an Order to Show Cause [6] in this case. On July 27, 2015, this court received Mr. Robertson's response [9]. Plaintiff has properly shown cause and is hereby directed to comply with Local Rule 3-5 (c) and serve all documents, such as her Complaint [2], upon all named parties within twenty-one days from the date of this opinion and order. IT IS SO ORDERED.

DATED this 20th day of August, 2015.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

1 – OPINION AND ORDER